## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__  DISTRICT OF  __NEW YORK__

**JUDGMENT IN A CIVIL CASE**

**DOCKET NO. 1:05-CV-1552 (LEK/DRH)**

**JOSEPH R. BOIMAH,**

        **Plaintiff,**

 v.

**FILENES, Div. of May Department Stores Company,**

        **Defendant.**

\_\_\_\_\_  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that in the above entitled action, the case is DISMISSED and judgment is entered in favor of the defendant as against the plaintiff, in accordance with the DECISION and ORDER of the Honorable Lawrence E. Kahn, U. S. District Judge, dated January 24, 2006.

**DATE:** __January 24, 2006__

***LAWRENCE K. BAERMAN***
CLERK OF THE COURT

*Scott A. Snyder*
**Courtroom Deputy to the**
**Honorable Lawrence E. Kahn**